UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-CV-21503 HOEVELER

GUSTAVO B. SAMPAIO,

        Plaintiffs,

vs.

ACCOUNT CONTROL TECHNOLOGY, INC.,

        Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE came on before the Court upon the parties Joint Stipulation for Dismissal dated April 14, 2011 [DE 16] and the Court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Plaintiff's claims under the Fair Debt Collection Practices Act are dismissed with prejudice and Plaintiff's claims under the Florida Consumer Collection Practices Act and the Telephone Consumer Protection Act is dismissed without prejudice, with the Court to reserve jurisdiction regarding Plaintiff's reasonable attorney fees and costs. If the parties are unable to resolve the matter of attorney fees and costs by agreement, Plaintiff shall file a motion in accordance with Local Rule.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, this 15th day of April, 2011.

*[signature: Wm M Hoeveler]*

HONORABLE WILLIAM M. HOEVELER
U.S. DISTRICT JUDGE

Copies furnished:
    All counsel of record